UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT WEST,

    Plaintiff,

v.                                          CASE NO. 8:15-cv-1606-T-23MAP

THUNDER BAY ENTERPRISES INC.,

    Defendant.
_____/

## **ORDER**

    Vincent West sues (Doc. 1) Thunder Bay Enterprises Inc., his former employer, under the Fair Labor Standards Act (FLSA). Stipulating (Doc. 40) to a dismissal of this action, the parties state that "no judicial review is required" because Thunder Bay will pay West "without compromise." However, the parties stipulate to a dismissal "with prejudice." (Doc. 40 at 1)

    "If the dismissal sought by the Parties were without prejudice, the Court would agree that [a review is not] necessary" because West "would not be foreclosing [his] ability to vindicate any FLSA claim [he] may have by refiling at a later time." *Perez-Nunez v. N. Broward Hosp. Dist.*, 609 F. Supp. 2d 1319, 1320 (S.D. Fla. 2009) (Moore, J.); *accord Appleby v. Hickman Const., Inc.*, 2013 WL 1197758, at *1 (N.D. Fla. Mar. 25, 2013) (Rogers, J.); *Kerr v. Powerplay Arcade, Inc.*, 2007 WL 3307091, at *1 (M.D. Fla. Nov. 6, 2007) (Fawsett, J.).

However, the parties seek a dismissal with prejudice, which is a "compromise" of West's FLSA claim.  Thus, "the district court ha[s] a duty to review the" compromise.  *Silva v. Miller*, 307 Fed. Appx. 349, 350, 352 (11th Cir. 2009) (per curiam); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982) ("[T]he [FLSA] provisions are not subject to negotiation or bargaining between employers and employees.").

The "stipulation of dismissal with prejudice" (Doc. 40) is rejected.  No later than **JANUARY 28, 2016**, the parties may either (1) stipulate to a dismissal without prejudice or (2) move for court approval of a settlement of this action.  If the parties fail to stipulate or to move by that date, the parties must resume discovery and comply with the deadlines in the scheduling order (Doc. 32).

ORDERED in Tampa, Florida, on January 28, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE